1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMIE EASTLAND,

                    Plaintiff,

     v.

LOUIS DEJOY, et al.,

                    Defendants.

Case No. C22-1197-TL

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

Plaintiff's *in forma pauperis* (IFP) application, Dkt. 1, is deficient. Plaintiff indicates no employment since October 2021, no money received in the past twelve months, and $81.09 total in Plaintiff's possession, but with monthly expenses totaling $2,404.00. Plaintiff must submit a revised, signed IFP application within **twenty (20) days** of the date of this Order. Plaintiff must provide complete and detailed financial information and, if without any means of support, must explain how Plaintiff is able to meet basic expenses, including food and shelter. Failure to comply may result in denial of IFP and/or dismissal.

Dated this 6th day of September, 2022.

                    Ravi Subramanian
                    Clerk of Court

                    By: Stefanie Prather
                    Deputy Clerk